JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ELIAS SANCHEZ,<br><br>          Petitioner,<br><br>     v.<br><br>L. A. MARTINEZ, Warden,<br><br>          Respondent. | No. EDCV 24-0461-DOC (AGR)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus is dismissed with prejudice.

DATED: May 7, 2024

_____
DAVID O. CARTER
United States District Judge